# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH EARL DICKERSON, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-3445** |
| **NEWELL NORMAND, SHERIFF OF JEFFERSON PARISH** | **SECTION: "E" (3)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and Plaintiff's objection to the Magistrate Judge's Report and Recommendation,[2] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 26th day of June, 2016.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 5.
[2] R. Doc. 7.